IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 AUG -1 AM 8:20

Civil Action No. __25-CV-02248-SKC__
(To be supplied by the court)

__Alysia Murphy__, Plaintiff

v.

__Children's Hospital Colorado__,

__Lora Byrne__,

__Amy Ross__,

__Niles Ackerson__, Defendant(s).

Jury Trial requested:
(please check one)
_X_ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Alysia Murphy 14843 Olmsted Drive Denver, CO 80239
(Name and complete mailing address)

(303) 641-5373
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Children's Hospital Colorado 13123 E. 16th Ave Aurora CO 80045
(Name and complete mailing address)

(720) 777-1234
(Telephone number and e-mail address if known)

Defendant 2: Lora Byrne 13123 E. 16th Ave Aurora CO 80045
(Name and complete mailing address)

(720) 777-1234 lora.byrne@childrenscolorado.org
(Telephone number and e-mail address if known)

Defendant 3: Amy Ross 13123 E. 16th Ave Aurora CO 80045
(Name and complete mailing address)

(720) 777-1234 amy.ross@childrenscolorado.org
(Telephone number and e-mail address if known)

Defendant 4: Niles Ackerson 13123 E. 16th Ave Aurora, CO 80045
(Name and complete mailing address)

(720) 777-1234 niles.ackerson@childrenscolorado.org
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

federal civil right laws (42 U.S.C § 1983)

_____

___ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of Colorado (name of state or foreign nation).

Defendant 1 has its principal place of business in colorado (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

If Defendant 2 is an individual, Defendant 2 is a citizen of the United States of America.

If Defendant 3 is an individual, Defendant 3 is a citizen of the United States of America.

If Defendant 4 is an individual, Defendant 4 is a citizen of the United States of America.

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Violation of my Civil Rights</u>

Supporting facts:

1. Plaintiff is the legal guardian and mother of a 3-year-old son, admitted in critical condition at Children's Hospital of Colorado.
2. On July 21, 2025 Plaintiff was forcibly removed from the hospital after reporting medical neglect and requesting law enforcement assistance.
3. On July 18th, 2025 Plaintiff called law enforcement to report medical neglect, the same officers the Plaintiff called for protection were used to remove her father and sister from the premises. Upon request of what policy was violated to condone their removal, and requesting it in writing, the plaintiff was denied anything in writing and a verbal response of, "many complaints were made against them".
4. On July 21, 2025 Plaintiff was not disruptive, violent or legally barred; she was exercising her parent right to ensure appropriate care.
5. No court order or lawful basis was provided to justify denying Plaintiff access to her child.
6. On July 21, 2025 Plaintiff requested again in writing what policy was violated by her family to condone them being barred from the hospital, PICU Director Lora Byrne said, "I don't have to provide anything to you in writing." Plaintiff later found that her sister and father were barred from the entire hospital property, not just the Plaintiff's son's visitor list. None of which was provided in writing.
7. The Colorado Department of Human Services has since opened a case and determined that the Plaintiff's removal was likely unlawful.
8. There is an open complaint with the Colorado Department of Health.
9. Plaintiff was restricted until July 24, 2025 in which Plaintiff was ~~coerced~~ to agree to a letter containing unfounded and untrue accusations, to regain access to her son's bedside.
10. The removal caused severe emotional distress, violated parental rights and was retaliatory in nature.
11. Plaintiff's entire family has been barred from the hospital without any explaination.
12. Plaintiff's mother Nicole Murphy is the only family member allowed on the visitor list, however Nicole Murphy has a 17-year-old daughter who is autistic and cannot be unsupervised.
13. Plaintiff's family that has not been to the hospital is still barred from visiting.

4

D. Statement of Claim(s) continued

14.) Lora Byrne, has verbalized statements:

"If you call the police again, I'll have you banned from the hospital"

"No hospital in the nation will accept your son"

This has lead the Plaintiff to ~~believe~~ believe the Director of the PICU, Lora Byrne, is not acting in good faith and has barred the Plaintiff's son from an institutional transfer to a non-biased facility. These statements were made July 21st before Lora Byrne contacted the police for the Plaintiff's removal from her son's bedside.

Claim 1: Violation of Plaintiff's substantive due process rights under the 14th Amendment - Interference with parental rights.

Claim 2: Retaliation in violation of First Amendment rights - Plaintiff was punished for reporting medical neglect.

Claim 3: Denial of procedural due process - Plaintiff was removed without any legal hearing process.

Claim 4: Conspiracy to violate civil rights - Joint action by hospital staff and law enforcement.

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Injuries:
- Severe emotional distress
- loss of access to her child
- Ongoing trauma and retaliation
- loss of trust in institutional safeguards

Relief Requested
- Immediate reinstatement of plaintiff's family to her son's visitor list
- Transfer to an un-biased facility with the same or higher capability as Children's Hospital Colorado.
- Declaratory judgment that her rights were violated
- Injunctive relief preventing future retaliation.
- Injunctive relief for her son preventing ongoing harm and immediate transfer to an un-biased facility.

See additional pages →

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Alyssa Murphy_
(Plaintiff's signature)

7/31/2025
(Date)

(Revised February 2022)

5

E. REQUEST FOR RELIEF

- Court-appointed counsel if possible.
- Compensatory and punitive damages:
  - Economic Damages: In an amount to be determined at trial.
  - Non-Economic Damages: $5,000,000.00 for emotional distress, humiliation, and reputational harm.
  - Punitive Damages $20,000,000.00 to hold Defendants accountable and to deter future acts of retaliation, intimidation, and callous indifference to federally protected parental rights.

Total Damages Sought $25,000,000.00

Plaintiff reserves the right to amend this demand as additional evidence is produced.