IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Mary George

Date:  September 19, 2025

---

Case No.:  25-cv-02248-SKC-STV

| Parties | Counsel |
|---|---|
| ALYSIA MURPHY, | Martin Champagne, Jr. |
| Plaintiff, | |
| v. | |
| CHILDREN'S HOSPITAL COLORADO, *et al.*, | Meghan Pound |
| Defendants. | |

---

## COURTROOM MINUTES

### MOTION HEARING

**Court in session:**      **3:02 p.m.**

Court calls case.  Appearances of counsel.  Present with Ms. Pound is Patrick O'Rourke.  Mr. Champagne is appearing on a limited basis as set forth on the record.

Preliminary remarks made by the Court.

Discussion held regarding the evidence presented and rulings made in the El Paso County case, 2025cv032004.

Argument presented regarding Verified Motion for Temporary Restraining Order (ECF No. 92).

James Avery, Plaintiff's attorney for the El Paso County case, addresses the Court regarding proceedings in the El Paso County case.

Ms. Pound, Mr. O'Rourke, Ms. Murphy, and Mr. Champagne present further argument.

**Court in recess:**     **4:32 p.m.**
**Court in session:**    **5:04 p.m.**

The Court states findings.

**ORDERED:**  Verified Motion for Temporary Restraining Order (ECF No. 92) is DENIED.
This matter is stayed pending a final resolution of the El Paso County case as set
forth on the record.

A separate written order will issue in due course.

**Court in recess:**     **5:25 p.m.**
Time in court:       1:51
Hearing concluded.