UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Alysia Murphy,

Plaintiff-Appellant,

v.

Children's Hospital Colorado, et al.,

Defendants-Appellees.

Case No. 25-1304

**APPELLANT'S NOTICE OF INTENT TO OPPOSE APPELLEE'S MOTION TO DISMISS FOR MOOTNESS**

Appellant respectfully notifies the Court that she opposes Appellee's Motion to Dismiss for Mootness filed on 9/25/25

Pursuant to Federal Rule of Appellate Procedure 27(a)(3)(A), Appellant has 10 days from service of the motion to file a substantive response. Appellant intends to file a full opposition brief within the time allowed by the Rule.

Appellant respectfully requests that the Court defer ruling on Appellee's motion until her full response is submitted, so that these serious constitutional and procedural issues may be addressed on the merits.

Respectfully submitted,

/s/ Alysia Murphy

Alysia Murphy, Pro Se

9/25/25