IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 1:25-cv-02248-SKC-STV | Date:   March 10, 2026 |
| Courtroom Deputy: Stef Jeffries | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                      *Counsel:*

ALYSIA MURPHY,                                          Pro se

   Plaintiff,

v.

CHILDREN'S HOSPITAL COLORADO, DAVID          Meghan Pound
BRAMBAUGH, LORA BYRNE, SARA YOUNG,
MATTHEW LEROUE, CAMERON GUNVILLE,
LESLIE RIDALL, REID WILKENING, SARAH
ROSS, JENNIFER ROTH, NILES ACKERSON, J.
CAMPBELL, T. CHRISTENSEN, ANNIE
SCHMECKPEPER,  and ADAMS COUNTY
DEPARTMENT OF HUMAN SERVICES,

   Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:    10:13 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court for a status of the case.

Discussion is held regarding the status of service on the remaining defendants.

For the reasons stated on the record, it is:

**ORDERED:**   A Status Conference is set for **April 9, 2026**, at **9:00 a.m.** in Courtroom A-402,
          Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

HEARING CONCLUDED.
**Court in recess:      10:28 a.m.**
Total time in court:   00:15

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.