IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Alysia Murphy,**
Plaintiff,

v.

**Children's Hospital Colorado, et al.,**
Defendants.

Case No. **25-cv-02248-SKC-STV**

## PLAINTIFF'S MOTION TO CORRECT MISIDENTIFIED DEFENDANT NAME PRIOR TO SERVICE

Plaintiff Alysia Murphy, proceeding pro se, respectfully moves the Court to correct the name of an individual defendant who was incorrectly identified in prior filings as **Sarah Ross**.

1. Plaintiff previously identified this individual as **Sarah Ross**.
2. Plaintiff has since learned that the correct name is **Amy Roulf** who is an employee of Children's Hospital Colorado.
3. This correction is made in good faith and is intended only to correct a misidentified or misspelled name. Plaintiff is not attempting to add a new defendant or change the substance of the claims.
4. The Court has requested an address for this individual so that service may be completed.
5. Before Plaintiff provides an address for service, Plaintiff respectfully requests that the Court allow the correction of the individual's name so that service is directed to the proper person.
6. Correcting the name before service will help avoid confusion, improper service, or delay.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order allowing Plaintiff to correct the misidentified defendant name from **Sarah**

**Ross** to **Amy Roulf**, and allow Plaintiff to provide the service address after the correction is acknowledged.

Respectfully submitted,

Date: 5/7/26

**/s/ Alysia Murphy**
Alysia Murphy
Plaintiff, Pro Se


**Certificate of Service**

I certify that on May 7th, 2026, I filed the foregoing **Plaintiff's Motion to Correct Misidentified Defendant Name Prior to Service** with the Clerk of Court. I further certify that a copy was served on any parties or counsel of record through the Court's filing system and/or by U.S. Mail as required.

**/s/ Alysia Murphy**
Alysia Murphy